**Motion GRANTED as unopposed.**

*[Judge's signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ADELE MORAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:11-0371 |
| | )   JUDGE TRAUGER |
| NATALIE K. DARAR, | ) |
| | )   MAGISTRATE JUDGE KNOWLES |
|     Defendant. | ) |

## MOTION FOR MORE DEFINITE STATEMENT

Defendant Natalie K. Darar, by and through counsel, respectfully moves the Court for an order compelling the plaintiff to amend her complaint to state the specific amount of monetary damages she is seeking. In support of this motion Ms. Darar has contemporaneously filed a memorandum of law.

Respectfully submitted,

   *s/Ben Miller*
**BENJAMIN J. MILLER**
Registration No. 025575
Attorney for Defendant

**BREWER KRAUSE BROOKS
CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787